**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re: CAMPAGNA, LAWRENCE . Case No: 8:06-BK-06767-RCT
      CAMPAGNA, SHAWN RENE    Chapter 7
              Debtor(s)
_____/

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

      COMES NOW, Angela Welch, as Trustee of the above-captioned matter, and respectfully states, that pursuant to the order of distribution, she has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim No. | Check No. | Claimant | Amount |
|---|---|---|---|
| Debtor Surplus | 70013 | Lawrence & Shawn Rene Campagna<br>6832 Aramon Court<br>Wesley Chapel, FL  33544 | $82,037.69 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C. Section 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $82,037.69 to the Clerk of Court for deposit in the "unclaimed funds account," and states that the claimants entitled thereto are listed as above.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic delivery and/or regular United States mail to U.S. Trustee's Office USTPRegion21.TP.ECF@USDOJGOV; Michael Barnett Service@FloridaLegalAdvice.com Lawrence & Shawn Rene Campagna, 6832 Aramon Court, Wesley Chapel, FL  33544; this 26th day of June, 2023.

                        /s/ Angela Welch
                        Angela Welch, Trustee
                        12191 W. Linebaugh Ave. # 401
                        Tampa, FL 33626
                        (813) 814-0836